WEIMER, J.,
concurring.
U concur in the result, believing it is unnecessary to decide the constitutional issues[1] because this matter can be resolved statutorily based on the reasons cited in my dissent in Sabine Parish Police Jury v. Commissioner of Alcohol & Tobacco Control, 04-1833 (La.4/12/05), 898 *947 So.2d 1244, 1259-60 (Weimer, J., dissenting).

. "[C]ourts should refrain from reaching or determining the constitutionality of legislation unless, in the context of a particular case, the resolution of this is essential to the decision of the case or controversy.” Rogoz v. Tangipahoa Parish Council, 08-2789, p. 5 (La.1/30/09), 21 So.3d 923, 925, citing Cat’s Meow v. City of New Orleans, 98-0601, pp. 16-17 (La.10/20/98), 720 So.2d 1186, 1199.